AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

**Oct 30, 2024**

SEAN F. McAVOY, CLERK

ALICIA M.

*Plaintiff*

v.

MARTIN O'MALLEY,
Commissioner of Social Security

*Defendant*

Civil Action No. 2:24-cv-00160-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ___ recover from the defendant *(name)* ___ the amount of ___ dollars ($ ___), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ___ recover costs from the plaintiff *(name)* ___.

☑ other: Pursuant to the Court Order at ECF No 16, this matter is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge ___ presiding, and the jury has rendered a verdict.

☐ tried by Judge ___ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea.

Date: 10/30/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony